IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

ROBERT DENVER MAYS,  Case No. 1:20 cv 01287-CL
        Plaintiff,  ORDER

    vs.

STATE OF CALIFORNIA,
STATE OF OREGON,

        Defendants.

AIKEN, Judge:

Magistrate Judge Mark Clarke filed his Findings and Recommendation ("F&R") (Doc. 8) on October 14, 2020. The matter is now before me. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72. No objections have been timely filed. Although this relieves me of my obligation to perform a *de novo* review, I retain the obligation to "make an informed, final determination." *Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds*, *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The Magistrates Act does not specify a standard of review in cases where no objections are filed. *Ray v. Astrue*, 2012 WL 1598239, *1 (D. Or. May 7, 2012). Following the recommendation of the Rules Advisory

Page 1 – OPINION AND ORDER

Committee, I review the F&R for "clear error on the face of the record[.]" Fed. R. Civ. P. 72 advisory committee's note (1983) (citing *Campbell v. United States District Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Vonn*, 535 U.S. 55, 64 n.6 (2002) (stating that, "[i]n the absence of a clear legislative mandate, the Advisory Committee Notes provide a reliable source of insight into the meaning of" a federal rule). Having reviewed the file of this case, I find no clear error. The order dismissing the complaint for failure to state a claim on August 17, 2020 (Doc. 6) is granted.

    Accordingly, I adopt Judge Mark Clarke's F&R (Doc. 8).

    IT IS SO ORDERED.

    Dated this 12th day of January, 2021.


                                                            /s/Ann Aiken
                                                             Ann Aiken
                                                      United States District Judge